

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-17-00661-CR & 04-17-00662-CR

Ismael Rodriguez, Jr.,
Appellant

v.

The State of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3781 & 2015CR3782
Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on April 17, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court